**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Victoria Lace Sprinter Forte a/k/a Victoria Lace Deems,
Joseph Gerald Slonski, and Enoch Joshua Forte,
Defendants,

Of whom Enoch Joshua Forte is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-001915

―――――――――

Appeal From Abbeville County
Matthew P. Turner, Family Court Judge

―――――――――

Unpublished Opinion No. 2024-UP-267
Submitted July 17, 2024 – Filed July 18, 2024

―――――――――

**AFFIRMED**

―――――――――

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of
Greenville, for Appellant.

Kathryn J. Walsh, of South Carolina Department of
Social Services, of Spartanburg, for Respondent.

David E. Simpson, of David Simpson, Attorney and Counselor at Law, of Rock Hill, for the Guardian ad Litem.

———————

**PER CURIAM:** Enoch Joshua Forte appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Forte's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and KONDUROS, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.